JOHN H. BECKWITH, as Administrator, etc., Respondent, v. THE SAME, Appellant.

(Argued January 27, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 11, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*C. D. Prescott* for appellant.

*S. Cromwell* for respondent.

Agree to affirm · no opinion.
All concur.
Judgment affirmed.

ELIZABETH NARY, as Adminstratrix, etc., Respondent, v. THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

(Argued January 27, 1891; decided February 24, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 11, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*P. W. Cullinan* for appellant.

*Elisha B. Powell* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.